**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Gerardo SEGURA–BALDERAS, also**
**known as Manuel Herrera,**
**Defendant–Appellant.**

**No. 08–40523**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Gerardo Segura–Balderas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Segura–Balderas has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.